91 F.3d 123
 73 Fair Empl.Prac.Cas. (BNA) 192
 Kipling Delano Forbes v. Attorney General Janet Reno, U.S.
Department of Justice, Equal Employment Opportunity
Commission, William Miller, Director Office of Inspector
General E.E.O.C., Chairman & Commissioners, Eugene
V.
Nelson, E.E.O.C. Pittsburgh Area Director, Joseph Hardiman,
III, E.E.O.C. Supervisor, Alan Archer E.E.O.C. Investigator
 NO. 95-3470
 United States Court of Appeals,
Third Circuit.
 June 19, 1996
 
 Appeal From: W.D.Pa., No. 94-cv-01225,
 Ambrose, J.,
 
 893 F.Supp. 476
 
 1
 AFFIRMED.